UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ALLISON MARIE WILLIAMS | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 23-6811 |
| MARTIN O'MALLEY,[1] COMMISSIONER OF SOCIAL SECURITY | * | SECTION "A" (2) |

**<u>ORDER</u>**

The Court, having reviewed the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that Defendant's Motion to Reverse and Remand was unopposed and as of this date Plaintiff has filed no objection to the Magistrate Judge's Report and Recommendation, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Defendant's Unopposed Motion to Reverse and Remand (ECF No. 14) is **GRANTED**, and judgment is entered **REVERSING** the Commissioner's decision and **REMANDING** the case for further administrative proceedings.

New Orleans, Louisiana, this <u>15th</u> day of <u>May</u>, 2024.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Martin J. O'Malley was sworn in as the Commissioner of Social Security on December 20, 2023. He is automatically substituted for the former Acting Commissioner who was the original named defendant. *See* FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) (action survives regardless of change in person occupying the Commissioner office).